UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-MJ-00027-SMM

FILED BY _____MB_____ D.C.

Mar 10, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES OF AMERICA,

v.

ARSENIO FAVILA-GUTIERREZ,

       Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No.**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No.**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  **No.**

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   **No.**

                                    Respectfully submitted,

                                    HAYDEN P. O'BYRNE
                                    UNITED STATES ATTORNEY

By:      _____
                                    **CHRISTOPHER H. HUDOCK**
                                    Assistant United States Attorney
                                    FL Bar No. 92454
                                    101 S. U.S. Highway 1, Suite 3100
                                    Fort Pierce, Florida 34950
                                    Tel: (772) 293-0951
                                    Email: Christopher.Hudock@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

AUSA Christopher H. Hudock

## UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

FILED BY __MB__ D.C.
Mar 10, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

United States of America
v.
ARSENIO FAVILA-GUTIERREZ,

Defendant(s)

Case No. 25-MJ-00027-SMM

### CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 24, 2025__ in the county of __Martin__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☒ Continued on the attached sheet.

_Complainant's signature_

Stephen C. Schmeichel, Deportation Officer, ICE/ERO
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: 3/10/25

_Judge's signature_

City and state: Fort Pierce, Florida

Shaniek Mills Maynard, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Stephen Christopher Schmeichel, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2013. I am currently assigned to Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Arsenio FAVILA GUTIERREZ (FAVILA GUTIERREZ) committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

3. On or about February 24, 2025, Immigration & Customs Enforcement arrested FAVILA GUTIERREZ in Martin County, Florida for reentering the United States after deportation after an encounter during a traffic stop. During questioning, FAVILA GUTIERREZ openly admitted to being a citizen of Mexico and not having permission to be in the United States legally. As part of the booking process, ICE officers fingerprinted FAVILA GUTIERREZ. ICE officers electronically submitted the fingerprints were to a federal database maintained by the Department of Homeland Security, which triggered a positive match for an alien previously removed from the United States.

4. I reviewed the documents from the immigration alien file belonging to FAVILA GUTIERREZ, AXXX XXX 220. A review of Department of Homeland Security electronic records and the immigration alien file assigned to FAVILA GUTIERREZ shows that he is a native and citizen of Mexico. Records show that on or about August 31, 2005, FAVILA GUTIERREZ was ordered removed from the United States. Records in the alien file show that on or about September 2, 2005, FAVILA GUTIERREZ was removed from the United States to Mexico. Records further show that on or about February 21, 2012, FAVILA GUTIERREZ was removed for a second time from the United States to Mexico.

5. Criminal records indicate that on or about January 10, 2012, FAVILA GUTIERREZ was convicted in the United States District Court, Southern District of Texas, for the offense of 8 USC 1325(a), Illegal Entry. FAVILA GUTIERREZ was sentenced to a term of imprisonment of 45 days. Case number 5:12-po-00229.

6. FAVILA GUTIERREZ 's fingerprint card from his February 24, 2025, arrest was entered into the IDENT system, a biometric database maintained by the Department of Homeland Security. Results confirmed that the fingerprints belong to the individual who was previously removed from the United States, that is, FAVILA GUTIERREZ.

7. A record check was performed in the Computer Linked Application Informational Management System (CLAIMS) to determine if FAVILA GUTIERREZ had filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that FAVILA GUTIERREZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I believe that there exists probable cause to believe that, on or about February 24, 2025, Arsenio FAVILA GUTIERREZ , an alien who has previously been deported and removed from the United States, was found in the United States without having

2

received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Stephen Christopher Schmeichel
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me, by videoconference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this __10th__ day of March 2025.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE

3