# MINUTE ORDER

## Magistrate Judge Shaniek Maynard

**Alto Lee Adams, Sr., U.S .Courthouse (FTP) Courtroom 4074** Date: 3/24/2025 Time: 10:00 a.m.

Defendant: Arsenio Favila-Gutierrez J#: 52351-180 Case #: 25-MJ-00027-MAYNARD

AUSA: Christopher Hudock Attorney: AFPD-Renee Sihvola

Violation: REENTRY OF DEPORTED ALIEN Surr/Arrest Date: YOB:

Proceeding: Pretrial Detention Hearing CJA Appt:

Bond/PTD Held: ○ Yes ○ No Recommended Bond: Pretrial Detention

Bond Set at: Pretrial Detention Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______x's a week/month by phone: ______x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☐ Other: ______

Language: Spanish

Defendant present in court. Pretrial Detention Hearing held. Government witness, ICE Deportation Officer, Stephen Schmeichel sworn and testified. Both sides presented argument to the court. The Court finds there are no conditions that can be set to ensure future appearance and orders pretrial detention. Written Order of Detention to follow.

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 15:26:14 Time in Court: 19 Minutes

s/Shaniek Maynard Magistrate Judge